# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:03CR00196-001 SWW

SHARITA HOBBS

### ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #260] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, testimony of the witnesses and the exhibits received, the Court found that defendant has violated the conditions of her supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *ONE(1)YEAR AND A DAY* in the custody of the Bureau of Prisons.

There will be *ONE (1) YEAR* of supervised release following the term of incarceration and shall include the following special conditions:

> 1. Defendant shall serve a period of SIX (6) MONTHS of supervised release in a residential reentry center.
>
> 2. Defendant shall attend or participate in a course relating to personal finances under the guidance and supervision of the U. S. Probation Office.
>
> 3. Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.
>
> 4. Defendant shall maintain or be actively seeking employment.

       5. Remainder of the restitution (joint and several with co-defendants) of $822,019.71 is mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to her. During residential reentry placement, payments will be reduced to 10% of the defendant's gross monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release. The interest requirement is waived.

The defendant is ordered to report to the United States Marshal's Office on **Monday, January 5, 2009 by noon** to begin the service of the sentence imposed.

    IT IS SO ORDERED this 1st day of December 2008.

                                      /s/Susan Webber Wright

                                      United States District Judge